IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. COOK, | No. CIV S-09-3559-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. DICKINSON, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's declaration fails to make the showing required by 28 U.S.C. § 1915(a). Specifically, plaintiff's in forma pauperis application reflects a current inmate trust account balance of $32,043.20 and average monthly balances during the past six months of $30,250.80. The court, therefore, us unable to find that plaintiff is indigent and cannot pre-pay the $350.00 filing fee for this action. Plaintiff will be provided an opportunity to do so and is warned that failure to comply may result in dismissal of this action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application for leave to proceed in forma pauperis (Doc. 2) is denied; and

    2.    Within 30 days of the date of this order, plaintiff shall submit to the Clerk of the Court the full filing fee of $350.00.

DATED: January 27, 2010

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE