IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. COOK, | No. CIV S-09-3559-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. DICKINSON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

       On January 28, 2010, the court issued an order denying plaintiff's request to proceed in forma pauperis. Plaintiff was required to pay the full $350.00 filing fee within 30 days or face dismissal of this action for lack of prosecution and failure to comply with court rules and orders. To date, plaintiff has not paid the filing fees. Therefore, this action will be dismissed without prejudice. See Local Rule 110.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 17, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE